*In re* JOSÉ H. MARTÍ FAJARDO.

*Número:* TS-5436                    *Resuelto:* 22 de abril de 2005

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *José H. Martí Fajardo*, peticionario.

## RESOLUCIÓN

Examinadas las mociones informativas presentadas por el Sr. José H. Martí Fajardo y la moción informativa en cumplimiento de orden presentada por la Oficina de Inspección de Notarías, se autoriza la reinstalación del peticionario limitada al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Rivera Pérez, y la Juez Asociada Señora Fiol Matta no intervinieron.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*